IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HANNA REALTY LLC d/b/a HERBIE'S HIDEAWAY AT CORNHUSKER LANES, JACOB HANNA, NICHOLAS HANNA, and TAMMY HANNA, <br><br> Defendants. | 7:19-CV-5008 <br><br> **ORDER** |

This matter is before the Court on the Notice of Voluntary Dismissal of Nicholas Hanna and Tammy Hanna filed by Plaintiff, Joe Hand Promotions, Inc. Filing 22. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Nicholas Hanna and Tammy Hanna are dismissed from the case without prejudice. In accordance with the Court's previous Order, Filing 21 at 6, if Plaintiff believes the Court can now proceed with its damages determination against the remaining defendants, Hanna Realty LLC d/b/a Herbie's Hideaway at Cornhusker Lanes and Jacob Hanna, it should so notify the Court.

Dated this 8th day of April, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge